COUNTY TRUST COMPANY OF NEW YORK, Respondent, *v.* TIMOTHY J. MARA, Appellant.

COUNTY TRUST COMPANY OF NEW YORK, Respondent, *v.* PATRICK F. KENNY, Appellant.

(Argued January 10, 1935; decided January 24, 1935.)

*I. Maurice Wormser* and *I. Gainsburg* for appellants.

*Joseph M. Proskauer* and *A. Hayne de Yampert* for respondent.

In each action judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.   Not sitting: LEHMAN and FINCH, JJ.